**IOWA | Department of Education**

McKenzie Snow, Director

Kim Reynolds, Governor
Chris Cournoyer, Lt. Governor

September 19, 2025

To: Superintendents of Iowa School Districts

Re: Condoning Political Violence on Social Media

Recent comments regarding the assassination of Charlie Kirk made on social media have raised concerns regarding professionalism among Iowa educators. As the Iowa Department of Education and its leaders have stated numerous times, condoning political or any type of violence is reprehensible and has no place in Iowa education.

All educators are expected to maintain professionalism and not bring disparagement or embarrassment to their fellow staff, students or communities. Standard six of the Iowa Standards of Professional Conduct and Ethics was developed in Iowa Administrative Code (Iowa Administrative Code rule 282-25.3(6)) specifically for this purpose:

> **25.3(6)**   *Standard VI—unethical practice toward other members of the profession, parents, students, and the community*

Many impacted Iowa schools have taken local actions to address such behaviors. In addition, and especially if local discipline has been taken, administrators are encouraged to file a complaint with the Board of Educational Examiners citing:

> **25.3(6) d.**   *Conducting professional business in such a way that the practitioner repeatedly exposes students or other practitioners to unnecessary embarrassment or disparagement.*

Additional standards may apply in a specific situation, which may be included in the initial complaint.

Complaints may be submitted by any licensed educator with firsthand knowledge of the event, or by parents and/or guardians of students in schools who have been affected. All submitted complaints will receive a comprehensive investigation by the Board staff, and assured due process for all involved.

The complaint form is available at the Iowa Department of Education's Ethics and Complaints webpage.

In addition, you may contact Executive Director Mike Cavin (Mike.Cavin@iowa.gov) or Board of Educational Examiners Attorney Beth Myers (Beth.Myers@iowa.gov) for additional information regarding the complaint process. All completed complaints should be submitted to BoEE.Complaints@iowa.gov.

Respectfully,

Michael D. Cavin, Executive Director
Board of Educational Examiners

**Ex. A**