UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| Katherine Mejia and Jennifer Smith,<br><br>Plaintiffs,<br><br>v.<br><br>Iowa Board of Educational Examiners and Michael Cavin, in his individual and official capacity as the Executive Director of the Iowa Board of Educational Examiners,<br><br>Defendants. | Case No. 4:26-cv-00020<br><br>**PLAINTIFFS' MOTION TO STRIKE ATTORNEY DECLARATION** |

COME NOW Plaintiffs Katherine Mejia and Jennifer Smith, through undersigned counsel, and in support of their Motion for to Strike Attorney Declaration, state as follows:

1. Plaintiffs Mejia and Smith have filed a Complaint under 42 U.S.C. §1983, challenging Defendants' actions under color of state law damaging Plaintiffs' rights, privileges and immunities under the First Amendment to the United States Constitution. Plaintiffs request the court to enjoin and restrain Defendants from proceeding to process complaints against them filed with the Iowa Board of Educational Examiners (BOEE) and to prevent Defendants from making any findings and/or taking any disciplinary action against them or their professional licenses, endorsements, certificates and/or recognitions.

2. Counsel for Plaintiffs and Defendants participated in a hearing on Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order on January 29, 2026. At said hearing, the Court requested information concerning certain case processing timelines for licensing complaints filed before the Defendant Iowa Board of Educational Examiners.

3. On February 5, 2026, Defendants filed an Attorney Declaration signed by

counsel of record in this matter, Assistant Attorney General Lindsey Browning, along with three exhibits, Dkt. 13-1 - unsigned BOEE Superintendent's Notes - March 2014; Dkt. 13-2 - what appear to be memoranda from July1, 2017 and July 22, 2024 to "Education Stakeholders" without foundation, and Dkt. 13-3 - an unauthenticated, unsigned and undated document without foundation. None of the documents indicates that it was prepared by the declarant or is a record of the Attorney General's office or agency.

4. The Attorney Declaration should be stricken from the record for the reasons set forth herein.

5. This motion is made pursuant to the Federal Rules of Evidence 602 and 801–802, and Federal Rule of Civil Procedure 56(c)(4) by analogy to the Court's gatekeeping function at the TRO stage, on the grounds that the Attorney Declaration is not based on personal knowledge, consists of inadmissible hearsay, lacks evidentiary foundation and improperly attempts to substitute counsel's statements for evidence. Additionally, the Attorney Declaration goes beyond information specifically requested by the Court and attempts to rebut argument at hearing. Representative authorities hold that such attorney declarations are not competent evidence and should be disregarded or stricken.

WHEREFOR, Plaintiffs Katherine Majia and Jennifer Smith pray that the instant Motion to Strike be granted, and for such other and further relief as is available in the circumstances.

IOWA STATE EDUCATION ASSOCIATION

/s/ Christy A.A. Hickman
Christy A.A. Hickman AT0000518
Becky S. Knutson AT0004225
Katherine E. Schoolen AT0010031
777 3rd St., Des Moines, Iowa 50309
Telephone: (515) 471-8004
Facsimile: (515) 471-8017
E-mail: christy.hickman@isea.org
 becky.knutson@isea.org
 katie.schoolen@isea.org

ATTORNEYS FOR PLAINTIFFS

Copies to:

Eric H. Wessan
Lindsey Browning
ATTORNEYS FOR DEFENDANTS

| Certificate of Service |
|---|
| The undersigned hereby certifies that a true Copy of the foregoing instrument was served upon the attorneys listed above at their respective addresses/fax number/e-mail addresses as disclosed by the pleadings of record herein, on the 9th day of February, 2026. |
| By: |
| ☐ U.S. Mail             ☐ FAX |
| ☐ Hand Delivered        ☐ Overnight Courier |
| ☐ Email                 X PACER |
| Signature: /s/Becky S. Knutson |