UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Katherine Mejia and Jennifer Smith,<br><br>    Plaintiffs,<br><br>v.<br><br>Iowa Board of Educational Examiners and Michael Cavin, in his individual and official capacity as the Executive Director of the Iowa Board of Educational Examiners,<br><br>    Defendants. | Case No. 4:26-cv-00020<br><br>**DECLARATION OF MELISSA PETERSON** |

I, Melissa Peterson, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am the Legislative & Policy Director for the Iowa State Education Association (ISEA) and have been employed by this organization for fifteen (15) years in legislative, policy and government relations positions. I am also the President of the National Association of Legislative and Political Specialists for Public Educators (NALPSE).

2. As a part of my job, I monitor, analyze, and respond to proposed legislation and advise the ISEA concerning substantive legislation and the movement of bills through the Iowa House of Representatives and Senate. House and Senate Study Bills, and other legislation, are publicly available on the Iowa Legislature website, and may be tracked with the Bill Tracking tools available on the website. The Iowa Legislature website is an official website publication of the State of Iowa. See https://www.legis.iowa.gov/legislation.

3. On or about February 5, 2026, House Study Bill 682, a bill described as "relating to the revocation or denial of educator licenses and certifications for publicly celebrating assassinations or acts of politically motivated violence, and including effective

date and retroactive applicability provisions." See H.S.B. 682 available at https://www.legis.iowa.gov/docs/publications/LGI/91/HSB682.pdf and attached as Ex. A.

4. As set forth in the Bill History listed on the Iowa Legislature website, on or about February 5, 2026, H.S.B. 682 was introduced by the Chairperson of the Iowa House Committee on Education – Representative Skyler Wheeler. See H.S.B. 682 Bill History available at https://www.legis.iowa.gov/legislation/BillBook?ba=HSB682&ga=91 and attached as Ex. B.

5. The bill has been assigned to a subcommittee on Education comprised of Representatives Stone (Chair), Behn, and Levin. See H. JOURNAL, 91st Iowa Gen. Assembly, 2026 Reg. Sess. 214, 216, available at https://www.legis.iowa.gov/docs/publications/HJNL/20260205_HJNL.pdf#page=5. The subcommittee is scheduled to meet on February 11, 2026. See H.S.B. 682 Bill History, *supra*, Ex. B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2026.

_____
Melissa Peterson, Legislative and Policy Director
Iowa State Education Association