**House Study Bill 682 - Introduced**

<pre>
                              HOUSE FILE _____
                              BY  (PROPOSED COMMITTEE
                                  ON EDUCATION BILL BY
                                  CHAIRPERSON WHEELER)
</pre>

## A BILL FOR

1  An Act relating to the revocation or denial of educator
2     licenses and certificates for publicly celebrating
3     assassinations or acts of politically motivated violence,
4     and including effective date and retroactive applicability
5     provisions.
6  BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF IOWA:

TLSB 5408YC (5) 91
jda/jh

H.F. _____

1 Section 1. Section 256.146, Code 2026, is amended by adding
2 the following new subsections:
3 <u>NEW SUBSECTION</u>. 28. *a.* Adopt rules pursuant to chapter
4 17A that require the board to disqualify an applicant for a
5 license or certificate, or to revoke the license or certificate
6 of a person, for publicly celebrating any act of politically
7 motivated violence, including the unlawful killing of Charles
8 J. Kirk, in a manner that satisfies any of the following
9 criteria:
10 (1) Demonstrates moral turpitude or unfitness to teach or
11 serve in a position of trust with children.
12 (2) Creates a substantial likelihood of material and
13 substantial disruption to the learning environment.
14 (3) Undermines public confidence in the integrity of the
15 education profession.
16 *b.* A single verified instance of celebrating an act
17 of politically motivated violence, including the unlawful
18 killing of Charles J. Kirk, whether on social media, in
19 public statements, or in any medium accessible to students
20 or the public, shall constitute sufficient grounds for such
21 disqualification or revocation.
22 *c.* The rules must require the board to initiate revocation
23 proceedings upon receipt of credible evidence that a person
24 holding a license or certificate publicly celebrated an act of
25 politically motivated violence, including the unlawful killing
26 of Charles J. Kirk.
27 *d.* As used in this subsection:
28 (1) *"Celebrate"* means to publicly express approval, joy,
29 satisfaction, or glee regarding an act of politically motivated
30 violence, including the unlawful killing of Charles J. Kirk.
31 *"Celebrate"* includes but is not limited to stating any of the
32 following on social media, in public statements, or in any
33 medium accessible to students or to the public:
34 (a) Good riddance.
35 (b) One less fascist.

-1-

H.F. _____

1  (c) He deserved it.
2  (d) Any statement that is substantially similar to the
3 statements in subparagraph divisions (a) through (c) and
4 that endorses or rejoices in an act of politically motivated
5 violence, including the unlawful killing of Charles J. Kirk.
6  (2) *"Credible evidence"* includes but is not limited to all
7 of the following:
8  (a) Screenshots.
9  (b) Videos.
10  (c) Sworn complaints.
11  <u>NEW SUBSECTION</u>. 29. *a.* The board shall adopt rules
12 pursuant to chapter 17A that prohibit the board from revoking,
13 suspending, or denying a license, certificate, authorization,
14 or statement of recognition issued by the board solely on the
15 basis of a person's or applicant's expression of any of the
16 following:
17  (1) Speech that is protected by the first amendment to the
18 Constitution of the United States, including political speech.
19  (2) A religious, political, or ideological viewpoint.
20  *b.* This subsection shall not be construed to prohibit
21 the board from disqualifying an applicant for a license or
22 certificate, or from revoking the license or certificate of a
23 person, pursuant to subsection 28.
24  Sec. 2. EFFECTIVE DATE. This Act, being deemed of immediate
25 importance, takes effect upon enactment.
26  Sec. 3. RETROACTIVE APPLICABILITY. The following applies
27 retroactively to September 10, 2025:
28  The portion of the section of this Act enacting section
29 256.146, subsection 28.
30                         EXPLANATION
31      **The inclusion of this explanation does not constitute agreement with**
32          **the explanation's substance by the members of the general assembly.**

33  This bill relates to the revocation or denial of
34 educator licenses and certificates for publicly celebrating
35 assassinations or acts of politically motivated violence.

H.F. _____

1    The bill requires the board of educational examiners (BOEE)
2 to disqualify an applicant for a license or certificate,
3 and to revoke the license or certificate of a person, for
4 publicly celebrating any act of politically motivated violence,
5 including the unlawful killing of Charles J. Kirk, in a
6 manner that demonstrates moral turpitude or unfitness to teach
7 or serve in a position of trust with children; creates a
8 substantial likelihood of material and substantial disruption
9 to the learning environment; or undermines public confidence in
10 the integrity of the education profession.  A single verified
11 instance of celebrating an act of politically motivated
12 violence, including the unlawful killing of Charles J. Kirk,
13 whether on social media, in public statements, or in any
14 medium accessible to students or the public, shall constitute
15 sufficient grounds for such disqualification or revocation.
16 The BOEE is required to initiate revocation proceedings upon
17 receipt of credible evidence that a person holding a license or
18 certificate publicly celebrated an act of politically motivated
19 violence, including the unlawful killing of Charles J. Kirk.
20 The bill defines "celebrate" and "credible evidence".  This
21 provision applies retroactively to September 10, 2025.
22    The bill prohibits the BOEE from revoking, suspending, or
23 denying a license, certificate, authorization, or statement
24 of recognition issued by the BOEE solely on the basis of a
25 person's or applicant's expression of speech that is protected
26 by the first amendment to the Constitution of the United States
27 or a religious, political, or ideological viewpoint.  The
28 bill provides that this provision shall not be construed to
29 prohibit the BOEE from disqualifying an applicant for a license
30 or certificate, or from revoking the license or certificate
31 of a person, for publicly celebrating an act of politically
32 motivated violence, including the unlawful killing of Charles
33 J. Kirk.
34    The bill is effective upon enactment.