February 10, 2026                                                                                                  91GA

Bill History for House Study Bill 682                                                              Journal Actions Only

Lobbyist Declarations

By COMMITTEE ON EDUCATION
A bill for an act relating to the revocation or denial of educator licenses and certificates for publicly celebrating assassinations or acts of politically motivated violence, and including effective date and retroactive applicability provisions.

| February 05, 2026 | Introduced, referred to Education. H.J. 214. |
| February 05, 2026 | Subcommittee: Stone, Behn and Levin. H.J. 216. |
| February 09, 2026 | Subcommittee Meeting: 02/11/2026 12:15PM House Lounge. |



© 2026 Iowa Legislature

| Site Map | Careers | Contacts |
| Applications | Subscribe | ADA Policy |
| Online Privacy Policy | Disclaimer | |

☎ Senate Switchboard: 515.281.3116 or 515.281.3371    |

☎ House of Representatives Switchboard: 515.281.3221

**Comments?**  ⇒   ✉ webmaster@legis.iowa.gov    |   ☎ IT Help Desk: 515.281.6506    |

⚠ Report ADA Accessibility Issue

*(Please remember that the webmaster does not vote on bills. Direct all comments concerning legislation to State Legislators.)*